UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

Dwayne STONE, et al.,

ORDER
05-CR-401

                  Defendants.

---------------------------------------------------x

GLASSER, United States Senior District Judge:

The sentence imposed by this Court for James McTier on May 16, 2008, is hereby

vacated, and a new sentence shall be imposed on June 3, 2008 at 3:00 p.m.

                            SO ORDERED.

Dated:      Brooklyn, New York
            May 21, 2008


                           ____/s/_____

                           I. Leo Glasser
                           United States Senior District Judge

Copies of the foregoing order were electronically sent to:

Counsel for the Government

Morris J. Fodeman
Jeffrey H. Knox
Jason A. Jones

Assistant United States Attorneys for the Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201-1820

Counsel for the Defendant

Adam D. Perlmutter
Law Offices of Adam D. Perlmutter, P.C.
260 Madison Avenue
Suite 1800
New York, NY 10016

Carl Jordan Herman
443 Northfield Avenue
West Orange, NJ 07052